UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SABRINA BENNETT,

               Plaintiff,

    -against-

COMMONWEALTH LOCAL
DEVELOPMENT CORP., HUSA
MANAGEMENT CO., LLC AND
AMERICAN MULTI-CINEMA, INC.,

             Defendants.

-----------------------------------------------------------X

Civil Action No. 1:26-cv-01211-JAV

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant, AMERICAN MULTI-CINEMA, INC. ("Defendant"), a nongovernmental corporate party, by and through its undersigned counsel, certifies that: (1) AMC Entertainment Holdings, Inc. is the parent company of Defendant; and (2) AMC Entertainment Holdings, Inc., a publicly held corporation, owns 100% of the stock of Defendant.

Dated: New York, New York
       May 27, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ John W. Egan*

    John W. Egan
    jegan@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

    *Attorneys for Defendant*
    *AMERICAN MULTI-CINEMA, INC.*

326038686v.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I caused the filing of the foregoing RULE 7.1

DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to all counsel of record.

*/s/ John W. Egan*
John W. Egan

326038686v.1