UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SABRINA BENNETT,

                Plaintiff,

      -against-

COMMONWEALTH LOCAL DEVELOPMENT
CORP., HUSA MANAGEMENT CO., LLC AND
AMERICAN MULTI-CINEMA, INC.,

               Defendants.

-----------------------------------------------------------------X

Case No. 1:26-cv-01211-JAV

**NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

      **PLEASE TAKE NOTICE** that pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Pamela C. Huynh, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant American Multi-Cinema, Inc. ("AMC" or "Defendant") in the above-captioned action.

      I am a member in good standing of the bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached the Affidavit of Pamela C. Huynh, Esq., together with **Exhibit A** (Certificate of Good Standing), annexed thereto. A proposed Order for Admission *Pro Hac Vice* is also filed herewith.

Dated: May 28, 2026                               SEYFARTH SHAW LLP
      Los Angeles, California

By: */s/ Pamela C. Huynh*
     Pamela C. Huynh
     601 South Figueroa Street. Suite 3300
     Los Angeles, CA 90017-5793
     Tel:  (213) 270-9600
     Fax: (213) 270-9601
     phuynh@seyfarth.com

     *Attorney for Defendant American Multi-Cinema, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I caused the electronic filing the foregoing NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE *PRO HAC VICE*; AFFIDAVIT OF PAMELA C. HUYNH, ESQ.; and PROPOSED ORDER ADMITTING COUNSEL *PRO HAC VICE*, with the Clerk of the District Court using the Court's CM/ECF method, which sent notification of such filing to all counsel of record.


*/s/ Pamela C. Huynh*
Pamela C. Huynh