UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SABRINA BENNETT,

                Plaintiff,

-against-

COMMONWEALTH LOCAL DEVELOPMENT
CORP., HUSA MANAGEMENT CO., LLC AND
AMERICAN MULTI-CINEMA, INC.,

                Defendants.

------------------------------------------------------------X

Case No. 1:26-cv-01211-JAV

**ORDER GRANTING
MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

The motion of Pamela C. Huynh for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is member in good standing of the bar of the State of California, and that her contact information is as follows:

Pamela C. Huynh
601 South Figueroa Street
Suite 3300
Los Angeles, CA 90017-5793.
Telephone: 213-270-9643
Email: phuynh@seyfarth.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant, American Multi-Cinema, Inc , in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____
JEANNETTE A. VARGAS , .D.J.

Dated: May 29, 2026