UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
SABRINA BENNETT

                Plaintiff,

            -against-

COMMONWEALTH LOCAL DEVELOPMENT CORP.,
HUSA MANAGEMENT CO., LLC AND AMERICAN
MULTI-CINEMA, INC.

                Defendants.
------------------------------------------------------------------------- x

Case No. 1:26-cv-01211-JAV

**<u>NOTICE OF APPEARANCE</u>**

       **PLEASE TAKE NOTICE,** that WOOD, SMITH, HENNING & BERMAN, LLP, hereby

appears in the above-titled action on behalf of defendants, COMMONWEALTH LOCAL

DEVELOPMENT CORP. AND HUSA MANAGEMENT CO., LLC and demands that copies of

pleadings and all papers and documents previously served and served from this date forward, be

served upon the office of the undersigned at the post office address stated below.

Dated:  White Plains, New York
        July 7, 2026

                WOOD SMITH HENNING & BERMAN LLP

                By: */s/ Jeremy D. Figueroa*
                   Jeremy D. Figueroa, Esq.
                   *Attorneys for Defendants*
                   COMMONWEALTH LOCAL DEVELOPMENT
                   CORP. AND HUSA MANAGEMENT CO., LLC
                   5 Waller Avenue, Suite 200
                   White Plains, New York 10601
                   914-353-3836
                   jfigueroa@wshblaw.com

TO: Via ECF
Glen H. Parker, Esq.
The Parker Law Group P.C.
*Attorneys for Plaintiff*
28 Valley Road, Suite 1
Montclair, NJ 07042
P:  347-292-9042
Email:  ghp@parkerlawusa.com

**Counsel for Defendant American Multi-Cinema, Inc.:**
John W. Egan, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
T:  (212) 218-5500
jegan@seyfarth.com

Pamela C. Huynh, Esq.
601 Figueroa Street
Suite 3300
Los Angeles, CA 90017-5793
P:  213-270-9643
phuynh@seyfarth.com
*Pro Hac Vice*

44119982.1:10314-0160